## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:22-cv-80086

TAMARA WAREKA p/k/a
TAMARA WILLIAMS,

      Plaintiff,

vs.

ANUSHKA BLAU dba ANUSHKA
SPA, SALON, & COSMEDICAL
CENTRE, and DOES 1 through
10 inclusive,

      Defendants.

_____/

## TAMARA WILLIAMS' COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Tamara Wareka p/k/a Tamara Williams, for her Complaint against Anushka Blau dba Anushka Spa, Salon, & Cosmedical Centre and DOES 1 through 10 inclusive, alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.     This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of Florida, Defendant's acts of infringement were directed towards the state of Florida, Defendant caused injury to Plaintiff within the state of Florida, and Defendant has a physical presence in the state of Florida.

4.     Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5.     Plaintiff Tamara Williams ("Williams") is an individual and professional photographer.

6.     Anushka Blau dba Anushka Spa, Salon, & Cosmedical Centre ("Anushka") is a Florida business with a business address of 701 S Rosemary Ave, Suite 200, West Palm Beach, FL 33401.

7.     Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

8.     Tamara Williams is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for

her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams1, which has amassed over 400,000 followers.

9.    Williams' portfolio includes international clients and her work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more. Additionally, her work has been used commercially by brands such as *NARS, KKW, Fenty*, and *Benefit*.

10.    Williams is the sole author and exclusive rights holder to one photograph of model Liliya Kotsur ("Kotsur Photograph).

11.    Attached hereto as Exhibit A is a true and correct copy of the Kotsur Photograph.

12.    Williams registered the Kotsur Photograph with the United States Copyright Office. The Kotsur Photograph is registered under Registration Number VA 2-178-9320.

13.    Defendant Anushka is a spa, salon, and cosmedical centre. It is considered a one-stop destination for all its clients beauty and wellness needs.

14.    Anushka is a posh 12,000-square-foot beauty mecca was named as one of the "Top 10 Medspas in the World" by London's Tatler Magazine.

15.    Anushka's iconic facility boasts a 14-room Spa Sanctuary, the Hair Loft specializing in extensions, a state-of-the-art Color Café, Relaxation Retreat, designer Nail Lounge, Blink Lash Bar, and Makeup Studio and luxury Boutique. The award-winning Cellulite Clinic, offers state-of-the-art procedures to sculpt and smooth client's skin.

16.    The Cosmedical Centre, directed by the esteemed Dr. Steven Fagien, MD and administrating provider of esthetics, Dr. Bonnie Marting, APRN, is where clients can prevent and reverse the signs of aging with non-invasive injectables, lasers and medical-grade peels.

17.     Anushka    is    the    owner    and    operator    of    the    website
https://www.anushkaspa.com Website").

18.     Anushka advertises its products and services through its Website.

19.     On or about April 14, 2021, Williams discovered her Kotsur
Photograph being used by Anushka in the blog section of its Website to
purportedly promote its brow lamination treatment and portray potential results of
what can be achieved through Anushka's services.

20.     Attached hereto as Exhibit B is a true and correct screenshot of the
use of Williams' Kotsur Photograph on Anushka's Website.

21.     In no event did Williams offer or provide Anushka a license to use her
Kotsur Photograph in any manner.

22.     Williams is informed and believes Anushka created an unauthorized
copy of the Kotsur Photograph.

23.     Williams is informed and believes Anushka uploaded the Kotsur
Photograph to Anushka's Website.

24.     Williams has made several attempts to settle this case prior to the
filing of this Complaint.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq***

25.      Plaintiff incorporates by reference all of the above paragraphs of this
Complaint as though fully stated herein.

26.     Plaintiff did not consent to, authorize, permit, or allow in any manner
the said use of Plaintiff's unique and original Kotsur Photograph.

27.     Plaintiff is informed and believes and thereon alleges that said
Defendant willfully infringed upon Plaintiff's copyrighted Kotsur Photograph in
violation of Title 17 of the U.S. Code, because, *inter alia*, the Defendant also knew

4

or should have known that they did not have a legitimate license for the Kotsur Photograph.

28.     As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 pursuant to 17 U.S.C. § 504(c).

29.     As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

30.     Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Kotsur Photograph by copying, displaying, and distributing it without a license or consent;

- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;

- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;

- For pre judgment interest as permitted by law; and

- For any other relief the Court deems just and proper.


Dated:          January 17, 2022          Respectfully submitted,


**/s/ Melissa A. Higbee**
Melissa A. Higbee, Esq.
State Bar No. 62465
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8358
(714) 597-6729 facsimile
mclark@higbeeassociates.com
*Attorney for Plaintiff*